UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: SKAT PRETRIAL MATTERS**<br><br>THIS ORDER RELATES TO ALL CASES | Civil Action No. 18-8876<br>Civil Action No. 18-8878<br><br>JUDGE FREDA L. WOLFSON<br>JUDGE LOIS H. GOODMAN<br><br>**CASE MANAGEMENT ORDER NO. 1** |

      **THESE MATTERS** having been brought to the Court's attention by a Motion to Consolidate Cases [Docket Entry No. 7] filed by Plaintiff SKAT and a letter [Docket Entry No. 9] filed by Defendants American Investment Group of New York, L.P. Pension Plan and Stacey Kaminer (collectively, "Defendants") in *SKAT v. American Investment Group of New York, L.P., Pension Plan*, 18-cv-8876; Plaintiff having indicated that it has filed 36 individual suits in this Court involving similar issues of law and alleged facts; Plaintiff having requested that this Court consolidate all of these matters for pretrial motion and discovery purposes; Plaintiff having argued that consolidation for pretrial purposes would promote efficiency and judicial economy; Defendants having requested that the lead case for any consolidation be *SKAT v. The Cardinal Consulting Pension Plan and Matthew Tucci*, 18-cv-8878; the Court having considered the parties' submissions without oral argument, pursuant to Fed. R. Civ. P. 78 and Loc. Civ. R. 78.1; and for good cause shown

      **IT IS** on this **29th** day of **August, 2018,**

      **ORDERED** that the Motion to Consolidate filed in 18-cv-8876 at Docket Entry No. 7 is hereby **GRANTED**; and it is further

      **ORDERED** that the civil actions listed on Schedule A are coordinated for pretrial purposes. Any actions later filed in this Court will automatically be coordinated with this action without the necessity of future motions or orders. This coordination, however, does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she, or it has not been named, served or added in accordance with the Federal Rules of Civil Procedure; and it is further

      **ORDERED** that *SKAT v. The Cardinal Consulting Pension Plan*, 18-cv-8878, shall be treated as the "Lead Case" and its docket shall be treated as the "Lead Docket." When a pleading or document is intended to be applicable to all actions, it shall be filed on the Lead Docket and this shall be indicated by the words: "This Document Relates to All Cases." When a pleading or document is intended to apply to fewer than all cases, this Court's docket number for each individual

case to which the document number relates shall appear immediately after the words "This Document Relates to." The following is a sample of the pleading style:

| | |
|---|---|
| IN RE: SKAT PRETRIAL MATTERS<br><br>THIS DOCUMENT RELATES TO: | Civil Action No. 18-8878<br><br>JUDGE FREDA L. WOLFSON<br>JUDGE LOIS H. GOODMAN |

and it is further

    **ORDERED** that a service list will be maintained by the Clerk of the Court during the course of this litigation by adding parties and attorneys to the Lead Docket. Any attorney who wishes to have his/her name added to or deleted from the Lead Docket may do so upon request to the Clerk of this Court and notice to all other persons on the Lead Docket.

 

**LOIS H. GOODMAN**
**United States Magistrate Judge**


# SCHEDULE A

| | | |
|---|---|---|
| 3:18-cv-08876-FLW-LHG | SKAT v. AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. et al | filed 05/04/18 |
| 3:18-cv-08878-FLW-LHG | SKAT v. THE CARDINAL CONSULTING PENSION PLAN et al | filed 05/04/18 |
| 3:18-cv-08880-FLW-LHG | SKAT v. THE EGRET ASSOCIATES LLC 401K PLAN et al | filed 05/04/18 |
| 3:18-cv-08881-FLW-LHG | SKAT v. THE CROW ASSOCIATES PENSION PLAN et al | filed 05/04/18 |
| 3:18-cv-08882-FLW-LHG | SKAT v. THE HERON ADVISORS PENSION PLAN et al | filed 05/04/18 |
| 3:18-cv-08883-FLW-LHG | SKAT v. THE HOBOKEN ADVISORS LLC 401K PLAN et al | filed 05/04/18 |
| 3:18-cv-08884-FLW-LHG | SKAT v. THE JAYFRAN BLUE PENSION PLAN et al | filed 05/04/18 |
| 3:18-cv-08885-FLW-LHG | SKAT v. THE JT HEALTH CONSULTING LLC 401K PLAN et al | filed 05/04/18 |
| 3:18-cv-08886-FLW-LHG | SKAT v. THE LAKEVIEW ADVISORS 401K PLAN et al | filed 05/04/18 |
| 3:18-cv-08887-FLW-LHG | SKAT v. THE OSPREY ASSOCIATES LLC 401K Plan et al | filed 05/04/18 |
| 3:18-cv-08888-FLW-LHG | SKAT v. THE SANDPIPER PENSION PLAN et al | filed 05/04/18 |
| 3:18-cv-08889- | SKAT v. THE ZEN TRAINING LLC 401(K) PLAN et al | filed 05/04/18 |

FLW-LHG

| | | |
|---|---|---|
| 3:18-cv-09439-FLW-LHG | SKAT v. THE EVERYTHING CLEAN LLC 401K PLAN et al | filed 05/18/18 |
| 3:18-cv-09442-FLW-LHG | SKAT v. THE JUMP GROUP LLC 401K PLAN et al | filed 05/18/18 |
| 3:18-cv-09444-FLW-LHG | SKAT v. THE OAKS GROUP PENSION PLAN et al | filed 05/18/18 |
| 3:18-cv-09445-FLW-LHG | SKAT v. THE WAVE MAVEN LLC 401K PLAN et al | filed 05/18/18 |
| 3:18-cv-10098-FLW-LHG | SKAT v. THE BALMORAL MANAGEMENT LLC 401K PENSION PLAN et al | filed 06/01/18 |
| 3:18-cv-10108-FLW-LHG | SKAT v. THE BEECH TREE PARTNERS 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10109-FLW-LHG | SKAT v. THE BLACKBIRD 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10110-FLW-LHG | SKAT v. THE CHAMBERS PROPERTY MANAGEMENT LLC 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10111-FLW-LHG | SKAT v. FIFTYEIGHTSIXTY LLC SOLO 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10112-FLW-LHG | SKAT v. THE HAWK GROUP PENSION PLAN et al | filed 06/01/18 |
| 3:18-cv-10113-FLW-LHG | SKAT v. THE HIBISCUS PARTNERS LLC 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10114-FLW-LHG | SKAT v. THE MAPLE ADVISORS LLC 401K PLAN et al | filed 06/01/18 |

| Case | Title | Filed |
|---|---|---|
| 3:18-cv-10115-FLW-LHG | SKAT v. ONEZEROFIVE LLC SOLO 401K PLAN et al | filed 06/01/18 |
| 3:18-cv-10116-FLW-LHG | SKAT v. THE ROBIN DANIEL PENSION PLAN et al | filed 06/01/18 |
| 3:18-cv-10117-FLW-LHG | SKAT v. THE SEA BRIGHT ADVISORS LLC 401K PLAN et al | filed 06/02/18 |
| 3:18-cv-10118-FLW-LHG | SKAT v. THE TAG REALTY ADVISORS LLC 401K et al | filed 06/02/18 |
| 3:18-cv-10119-FLW-LHG | SKAT v. THE THROCKMORTON REALTY ADVISORS 401K PLAN et al | filed 06/02/18 |
| 3:18-cv-10464-FLW-LHG | SKAT v. ACORN CAPITAL CORPORATION EMPLOYEE PROFIT SHARING PLAN et al | filed 06/12/18 |
| 3:18-cv-10465-FLW-LHG | SKAT v. CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN et al | filed 06/12/18 |
| 3:18-cv-10466-FLW-LHG | SKAT v. THE DINK14 LLC 401K PLAN et al | filed 06/12/18 |
| 3:18-cv-10468-FLW-LHG | SKAT v. JML CAPITAL LLC 401K PLAN et al | filed 06/12/18 |
| 3:18-cv-10469-FLW-LHG | SKAT v. NATOLI MANAGEMENT PENSION PLAN et al | filed 06/12/18 |
| 3:18-cv-10470-FLW-LHG | SKAT v. NOVA FONTA TRADING LLC 401K PLAN et al | filed 06/12/18 |
| 3:18-cv-10592-FLW-LHG | SKAT v. THE SKYBAX LLC 401K PLAN et al | filed 06/14/18 |